STATE of Missouri, Respondent,

v.

Jacob L. GRAY, Appellant.

No. WD 38480.

Missouri Court of Appeals,
Western District.

June 30, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1987.

Application to Transfer Denied
Oct. 13, 1987.

Sean D. O'Brien, Public Defender, Justine E. Del Muro, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and PRITCHARD and TURNAGE, JJ.

### ORDER

PER CURIAM:

Appeal following jury conviction for sale of cocaine, § 195.020, RSMo 1978, and sentence of five years imprisonment with exe-

cution of sentence suspended and appellant placed on probation for five years.

Judgment affirmed. Rule 84.16(b).